IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY J. BROWN,

    Plaintiff,

v.

Case No. 17-cv-575-wmc

JON E. LITSCHER, JAMES GREER,
MICHAEL A. DITTMANN, JAMIE
GOHDE, TRISHA ANDERSON,
S. SCHMIDTKNECHT, PAMELA
SCHMIDT, D. MORGAN,
MARGARET KIECA, LINDA
O'DONOVAN, GLORIA
MARQUARDT, WELCOME ROSE
AND CINDY O'DONNELL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 4/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |